IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02358-WYD-KLM

LAUREN TKACIK,

    Plaintiff,

v.

VAN RU CREDIT CORPORATION, an Illinois corporation,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (docket #8), filed January 21, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice (docket #8) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: January 23, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge